ROBERT FLEMING et al. Trustees of the Presbyterian Church of Hanover *against* BENJAMIN WALLACE, Esq.

An original corporation book is good evidence.
Presumption of bias in a witness may be taken off by an interest on the other side.

ASSUMPSIT for 6*l*. 16*s*. 6*d*., the balance of money laid out and expended at the defendants' request.

The cause originated before a justice of the peace, from whose decision the defendant appealed to the Court of Common Pleas. The case was as follows: The members of the congregation having been legally convened, it was agreed by a majority of them, (of which the defendant was one,) that a new church should be built, and that the trustees of the corporation should have authority to contract with the different workmen, purchase materials, and lay plans

for raising of the money ; and it was afterwards agreed by the said members, that three persons, whom they appointed, should assess and rate the pews and seats in the church, charging the holders thereof six times as much as they were annually chargeable for, to defray the expenses of the building.   The defendant's seat was in consequence thereof assessed at 9*l*. 16*s*. 6*d*.   He paid his subscription of 3*l*. but refused to pay the balance.

The original corporation book was offered in evidence, to prove the proceedings of the trustees, but it was excepted to by the defendant's counsel.   They alleged, that some corporate act should be shown, under the common seal of the corporation.   The act of assembly of 15th March 1784, incorporating the church, in the 12th section gives them power to make a common seal.   By this, it must act and speak.   1 Bl. Com. 475.   The members must pursue their powers, in the mode pointed out by law.

But by the court.   It is admitted, that a copy of the proceedings, under the corporation seal would be good evidence.   Can it be possible, that a copy however authenticated, can be better evidence than the original from which it is extracted ?   Would it not offend the laws of nature to suppose the stream can rise higher that its source ?   The immediate copy of an original of a public nature is evidence only, where the original is such, as parish registers, town books, &c., [1 Lord Ray, 154.  12 Mod. 24, 86.  Doug. 166, 572.  1 Stra. 93, 307.   Gilb. Law Evid. 47.]

We well know, that it is not common, to affix the common seal to corporation books.   Let the proceedings be read.

Previous to the jury being sworn, the plaintiffs counsel lodged6*l*. 16*s*. 6*d*. with the clerk of the court, to be paid over to the treasurer of the corporation, only in case of miscarriage in the present suit.

Some of the members of the church were offered as witnesses to prove the general agreement of the congregation, and the particular concurrence of the defendant as above stated.   But they were objected to, because interested in the recovery.   Any deficiency which may arise of the monies raised for the building, must be made up by the different members.   But the court declared the witnesses to be competent.   The presumption of bias on their minds is taken off by the money lodged in court.   If the plaintiffs fail in the action, the treasurer receives 6*l*. 16*s*. 6*d*. the balance sued for; so that the scales of interest are in equipoise.   1 Burr. 422.

The witnesses were sworn, and the defendant on their examination agreed, that a verdict should be given against him for 6*l.* 16*s.* 6*d.*

Messrs. Duncan and Laird, *pro quer.*

Messrs. Hopkins and Wallace, *pro def.*